IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KASI M. GUILLOT,                              CASE NO.: _____

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.

## COMPLAINT FOR PERSONAL INJURIES

Plaintiff, KASI M. GUILLOT, sues Defendant, UNITES STATES OF AMERICA, and alleges:

1. This is an action pursuant to the Federal Tort Claims Act for personal injuries sustained by Plaintiff in Madison County, Florida, on October 10, 2011.

2. Jurisdiction is vested in this Court, as the cause of action arises under federal law.

3. This claim arises under the Federal Tort Claims Act, and all conditions precedent to the filing of the claim has been met.

4. Plaintiff Kasi M. Guillot was a resident of Florida at the time of the accident (is now a resident of Louisiana), and was a passenger in a rental car driven by her mother, Cynthia Harris, in Madison County, Florida at the time of the accident.

5. Samuel T. Bohling was the operator of a motor vehicle, owned by the United States Air Force, which caused the automobile accident on October 10, 2011, on I-10 (State Road 8) in Madison County, Florida; at that time and place, Samuel T. Bohling was an active member of the military, and he was in the service of the United States of America at the

time of the accident. Accordingly, Samuel T. Bohling is immune from suit for any personal injuries that Plaintiff sustained due to his negligence, and Defendant is liable for any such negligence of Samuel T. Bohling.

6. Jurisdiction is vested in this Court, as the cause of action arises under federal law and the incident occurred within the boundaries of the Northern District of Florida.

7. At all times material to this action, on or about October 10, 2011, Samuel T. Bohling was operating a 2006 Ford F150 truck in a westerly direction on I-10 (State Road 8) near State Road 53 in Madison County, Florida.

8. At all times material to this action, on or about October 10, 2011, Carlos Marti was operating a 2001 Dodge Ram truck in a westerly direction on I-10 (State Road 8) near State Road 53, at Madison County, Florida.

9. At all times material to this action, on or about October 10, 2011, Plaintiff Kasi M. Guillot was a passenger in a 2011 Hyundai Accent vehicle, operated by her mother, Cynthia Harris, in a westerly direction on I-10 (State Road 8) near State Road 53 in Madison County, Florida.

10. At that time and place, Samuel T. Bohling negligently operated or maintained the motor vehicle in a careless manner so that he caused a collision to happen with the above-referenced vehicles.

11. As direct and proximate result of Samuel T. Bohling's negligence as described above, Plaintiff suffered disability, disfigurement, mental and physical pain and suffering, psychological trauma and injury, loss of capacity for enjoyment of life, inconvenience, expense for medical care and treatment, aggravation of pre-existing conditions, loss of

wages or wage earning capacity and other losses and damages. The losses are permanent or continuing in nature.

12. Plaintiff was insured in part for medical expenses incurred for the treatment of her injuries, and Plaintiff has an obligation to repay the expenses.

WHEREFORE, Plaintiff demands judgment against Defendant for damages and costs.

DATED this 7th day of June, 2016.

LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY & PROCTOR, P.A.


By:     /s/ M. JUSTIN LUSKO
**VIRGINIA M. BUCHANAN**
Florida Bar No.: 793116
**W. CAMERON STEPHENSON**
Florida Bar No.: 51599
**M. JUSTIN LUSKO**
Florida Bar No.: 49013
316 S. Baylen Street, Suite 600 (32502)
P. O. Box 12308
Pensacola, FL 32591
(850) 435-7023 - Phone
(850) 436-6023 - Facsimile
ATTORNEYS FOR PLAINTIFF
VBuchanan@levinlaw.com
CStephenson@levinlaw.com
JLusko@levinlaw.com

3