# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

KASI M. GUILLOT and
CYNTHIA S. HARRIS,

     Plaintiffs,

v.

     CONSOLIDATED
     CASE NO.  4:16cv332-RH/CAS

UNITED STATES OF AMERICA,

     Defendant.

_____/

## ORDER FOR ENTRY OF JUDGMENT

     These consolidated cases arise under the Federal Tort Claims Act. A government employee, travelling on government business within the course and scope of his employment, negligently drove a truck, causing a traffic crash involving three vehicles. The crash injured the plaintiff Cynthia S. Harris, who was driving one of the vehicles, and her adult daughter, the plaintiff Kasi M. Guillot, who was a passenger in the vehicle driven by Ms. Harris. Neither Ms. Harris nor the third driver was negligent. The government's employee was 100% at fault in the crash.

Ms. Harris and Ms. Guillot suffered substantial injuries and received extensive medical care as a result of the crash.

Following a bench trial, the court's findings of fact and conclusions of law were set out at length on the record. The findings and conclusions are not repeated here. The amount of each plaintiff's general damages—damages for pain and suffering—was set out on the record. But the amount of special damages was not set out on the record. Instead, the parties were allowed to submit post-trial briefs addressing this issue.

The government has fully preserved its positions that its employee was *not* negligent, that Ms. Harris *was* negligent, and that, even if its employee was negligent, the court's award of general damages is excessive. But the government has agreed that, in light of the court's findings and conclusions as announced on the record, the plaintiffs' post-trial calculation of special damages is correct.

Ms. Harris suffered these damages proximately caused by the government's employee's negligence:

| | |
|---|---:|
| Amounts subject to medical liens | $ 132,786.17 |
| Amounts subject to disability liens | 16,739.94 |
| Lost wages | 8,159.22 |
| Pain and suffering | 1,000,000.00 |
| Total | $1,157,685.33 |

Ms. Guillot suffered these damages proximately caused by the government's employee's negligence:

| | |
|---|---:|
| Amounts subject to medical liens | $ 125,804.01 |
| Past medical expenses | 19,857.54 |
| Future medical expenses | 40,000.00 |
| Pain and suffering | 1,000,000.00 |
| Total | $1,185,661.55 |

For these reasons,

IT IS ORDERED:

1. The clerk must enter judgment in Case No. 4:16cv608-RH/CAS for Ms. Harris against the United States in the amount of $1,157,685.33.

2. The clerk must enter judgment in Case No. 4:16cv332-RH/CAS for Ms. Guillot against the United States in the amount of $1,185,661.55.

3. The clerk must close the file.

SO ORDERED on February 5, 2018.

                            s/Robert L. Hinkle
                            United States District Judge